FRANCES ROBERTS, Appellant, *v.* DYER PEARL et al., Individually and as Copartners under the Firm Name of PEARL & Co., Defendants, and DYER PEARL, JR., Respondent.

Submitted April 13, 1942; decided April 23, 1942.

*William F. Unger* for motion.

*Michael Nardone* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.